# Supreme Court of Florida

---

No. SC2025-1750

---

**IN RE: AMENDMENT TO FLORIDA RULE OF GENERAL PRACTICE AND JUDICIAL ADMINISTRATION 2.140.**

December 18, 2025

PER CURIAM.

The Court, on its own motion, amends Florida Rule of General Practice and Judicial Administration 2.140 (Amending Rules of Court).[1] Subdivision (g) of rule 2.140 discusses the particular process for amending the Florida Rules of General Practice and Judicial Administration, and we amend that subdivision in recognition of this Court's constitutional responsibility and authority to "adopt rules for the practice and procedure in all courts." Art. V, § 2(a), Fla. Const.

The Court hereby amends the Florida Rules of General Practice and Judicial Administration as reflected in the appendix to

---

1. We have jurisdiction. *See* art. V, § 2(a), Fla. Const.; *see also* Fla. R. Gen. Prac. & Jud. Admin. 2.140(d).

this opinion.  New language is indicated by underscoring; deletions are indicated by struck-through type.  The amendment shall become effective January 1, 2026, at 12:01 a.m.  Because the amendment was not published for comment previously, interested persons shall have 75 days from the date of this opinion in which to file comments with the Court.[2]

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THIS AMENDMENT.

Original Proceeding – Florida Rules of General Practice and Judicial Administration

---

2.  All comments must be filed with the Court on or before March 3, 2026, as well as a separate request for oral argument if the person filing the comment wishes to participate in oral argument, which may be scheduled in this case.  If filed by an attorney in good standing with The Florida Bar, the comment must be electronically filed via the Florida Courts E-Filing Portal (Portal).  If filed by a nonlawyer or a lawyer not licensed to practice in Florida, the comment may be, but is not required to be, filed via the Portal.  Any person unable to submit a comment electronically must mail or hand-deliver the originally signed comment to the Florida Supreme Court, Office of the Clerk, 500 South Duval Street, Tallahassee, Florida 32399-1927; no additional copies are required or will be accepted.

**APPENDIX**

**RULE 2.140.   AMENDING RULES OF COURT**

**(a)–(f)** [No Change]

**(g) Amendments to the Rules of General Practice and Judicial Administration.**

(1) [No Change]

(2) *Other Amendments.* Amendments to all other Rules of General Practice and Judicial Administration may~~shall~~ be referred to or proposed by the Rules of General Practice and Judicial Administration Committee and adopted by the supreme court as provided in subdivisions (a), (b), (c), (d), (e), and (f).

**(h)** [No Change]

**Committee Notes**

[No Change]